IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Brown, Pamela M | Case Number:  07 B 19101 |
| | Judge:  Hollis, Pamela S |
| Printed:  6/17/08 | Filed:  10/16/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 5, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,340.00 | |
| Secured: | | 1,200.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 64.51 |
| Trustee Fee: | | 75.49 |
| Other Funds: | | 0.00 |
| Totals: | 1,340.00 | 1,340.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,784.00 | 64.51 |
| 2. | HSBC Auto Finance | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Fin Acceptance | Secured | 7,175.00 | 600.00 |
| 4. | Capital One Auto Finance | Secured | 8,593.00 | 600.00 |
| 5. | Capital One Auto Finance | Unsecured | 235.69 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 71.64 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 48.89 | 0.00 |
| 9. | Village of Evergreen Park | Unsecured | 25.00 | 0.00 |
| 10. | Wells Fargo Fin Acceptance | Unsecured | 1,549.41 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 44.69 | 0.00 |
| 12. | Internal Revenue Service | Priority | | No Claim Filed |
| 13. | Advance Ambulance | Unsecured | | No Claim Filed |
| 14. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 15. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 16. | Advocate Christ Hospital | Unsecured | | No Claim Filed |
| 17. | High Technology Inc | Unsecured | | No Claim Filed |
| 18. | Fashion Bug | Unsecured | | No Claim Filed |
| 19. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 20. | Columbia Bank & Trust | Unsecured | | No Claim Filed |
| 21. | Collection Company Of America | Unsecured | | No Claim Filed |
| 22. | Beneficial | Unsecured | | No Claim Filed |
| 23. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 24. | Interim | Unsecured | | No Claim Filed |
| 25. | Imagine | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Brown, Pamela M | Case Number: 07 B 19101 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 6/17/08 | Filed: 10/16/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 27. | Merrick Bank | Unsecured | | No Claim Filed |
| 28. | MRSI | Unsecured | | No Claim Filed |
| 29. | National Magazine Exchange | Unsecured | | No Claim Filed |
| 30. | Viking Marketing | Unsecured | | No Claim Filed |
| 31. | Robert Wolfberg | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 21,552.32 | $ 1,264.51 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 57.10 |
| 6.5% | 18.39 |
| | _____ |
| | $ 75.49 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

